UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 25 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>       Plaintiff, )<br>  )<br>vs. )<br>  )<br>ROBERT LEE KLINE, )<br>THOMAS M. ZIEGLER, )<br>    and )<br>JANET MARIE WOOD, )<br>  )<br>       Defendants. ) | 4:18CR892 SNLJ/SPM |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at a time unknown but including September 1, 2018 and continuing until September 14, 2018, in the Eastern District of Missouri and elsewhere, the defendants,

**ROBERT LEE KLINE,
THOMAS M. ZIEGLER,
and
JANET MARIE WOOD,**

did knowingly and willfully conspire, combine, confederate and agree with each other and with other persons known and unknown to this Grand Jury, to commit offenses against the United did knowingly and intentionally manufacture marijuana by producing, preparing and propagating marijuana plants, a Schedule I Controlled Substance drug, in violation of Title 21, United States Code, Section 841(a)(1);

With respect to each defendant, the amount of marijuana plants involved in the conspiracy attributable to each defendant as a result of his/her own conduct, and the conduct of other

1

conspirators reasonably foreseeable to him/her, is 50 marijuana plants or more, punishable under Title 21, United States Code, Section Section 841(C).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN T DAVIS, #40915MO
Assistant United States Attorney